Mark G. Ledwin, Esq. (ML-6873)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
Attorneys for Plaintiff
3 Gannett Drive
White Plains, New York 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Email: mark.ledwin@wilsonelser.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AMERICAN GUARANTEE AND            )
LIABILITY INSURANCE COMPANY       )
                                  )   Case No. _____
         Plaintiff,               )
                                  )
vs.                               )
                                  )
GERALD M. LEMUS, Individually, and)
JOHN R. WATSON, Individually,     )
                                  )
         Defendants.              )
-----------------------------------------------------------X

JUDGE BATTS

07 CIV 6038

RECEIVED JUN 26 2007 U.S.D.C. S.D.N.Y. CASHIERS

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY ("American"), by and through undersigned counsel, hereby submits the following Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.   Plaintiff American is a wholly owned subsidiary of Zurich American Insurance Company, which in turn is a subsidiary of Zurich Financial Services, a publicly traded company.

1585135.1

Dated: June 19, 2007

                                        Respectfully submitted,

                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP
                                        Attorneys for Plaintiff

                                        By: /s/ Mark G. Ledwin
                                            Mark G. Ledwin, Esq. (ML-6873)

                                        3 Gannett Drive
                                        White Plains, New York 10604
                                        Tel: (914) 323-7000
                                        Fax: (914) 323-7001
                                        Email: mark.ledwin@wilsonelser.com