# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 07 CIV 6038

Date Filed: _____

Plaintiff:
**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**

vs.

Defendant:
**GERALD M. LEMUS AND JOHN R. MATSON**

For:
Mark Ledwin
WILSON, ELSER, MOSKOWITZ, EDLEMAN & DICK
3 Gannett Drive
White Plains, NY 10604

Received by CHOICE PROCESS - ORLANDO on the 2nd day of July, 2007 at 10:27 am to be served on **GERALD M. LEMUS, 1716 NORTH INDIAN ROAD, NEW SMYRNA BEACH, FL 32169.**

I, VOLUSIA PROCESS & COURIER, being duly sworn, depose and say that on the **6th day of July, 2007 at 1:45 pm**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the SUMMONS, CIVIL COVER LETTER, COMPLAINT WITH EXHIBITS, RULE 7.1 DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING AND USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING to: GERALD M. LEMUS at the address of: 1716 NORTH INDIAN ROAD, NEW SMYRNA BEACH, FL 32169 with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

I am over the age of eighteen, and have no interest in the above action.

Subscribed and Sworn to before me on the 24th day of July, 2007 by the affiant who is personally known to me.

_Jeri Giuffrida_
NOTARY PUBLIC

NOTARY PUBLIC - STATE OF FLORIDA
Terri M. Giuffrida
Commission #DD630622
Expires: MAR. 05, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

_John Gregor_
VOLUSIA PROCESS & COURIER
Process Server

CHOICE PROCESS - ORLANDO
P.O. Box 2466
Orlando, FL 32802
(407) 423-0667

Our Job Serial Number: 2007003404

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8f