# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 07 CIV 6038                                   Date Filed: _____

Plaintiff:
**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**

vs.

Defendant:
**GERALD M. LEMUS AND JOHN R. MATSON**

For:
Mark Ledwin
WILSON, ELSER, MOSKOWITZ, EDLEMAN & DICK
3 Gannett Drive
White Plains, NY  10604

Received by CHOICE PROCESS - ORLANDO on the 2nd day of July, 2007 at 10:27 am to be served on **JOHN R. WATSON, 14016 LAKE TILDEN BOULEVARD, WINTER GARDEN, FL 34787**.

I, Richard W. Golden, being duly sworn, depose and say that on the **9th day of July, 2007 at 7:10 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS, CIVIL COVER LETTER, COMPLAINT WITH EXHIBITS, RULE 7.1 DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING AND USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING** to: **JOHN R. WATSON** at the address of: **14016 LAKE TILDEN BOULEVARD, WINTER GARDEN, FL 34787** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Additional Information pertaining to this Service:**
SERVICE WAS ATTEMPTED ON THE FOLLOWING DATES AND TIMES: 7/2 AT 12:40 PM, 7/2 AT 4:45 PM, 7/3 AT 7:05 AM, 7/6 AT 8:35 AM, AND ON 7/7 AT 10:20 AM. ALL THE ATTEMPTS WERE MADE WITHOUT MAKING CONTACT WITH ANYONE PRIOR TO SERVICE.

I am over the age of eighteen, and have no interest in the above action.

Richard W. Golden
Process Server

Subscribed and Sworn to before me on the 10th day of July, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC



Sondra Sawyer
Commission # DD347961
Expires August 18, 2008
Bonded Troy Fain - Insurance, Inc 800-385-7019

**CHOICE PROCESS - ORLANDO**
P.O. Box 2466
Orlando, FL  32802
(407) 423-0667

Our Job Serial Number: 2007003403

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8f