# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive • White Plains, NY 10604 • Tel: (914) 323-7000 • Fax: (914) 323-7001

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden

www.wilsonelser.com

November 1, 2007

RECEIVED NOV -1 2007 CHAMBERS OF THEODORE H. KATZ U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

**VIA FACSIMILE**

Hon. Theodore H. Katz
United States Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

**MEMO ENDORSED**

Re: *American Guarantee and Liability Insurance Company v. Gerald M. Lemus and John R. Watson*
Case No. 07 Civ. 6038 (DAB) (THK)
Our File No. 07706.00068

Dear Judge Katz:

Further to the telephonic status conference conducted on October 24, 2007, and in light of Defendants admissions to this Court that they have no defense to the claims asserted in this action, the undersigned counsel for Plaintiff American Guarantee and Liability Insurance Company hereby requests that the Court "So Order" this letter and set the following briefing schedule for Plaintiff's motion for summary judgment:

- November 9, 2007 – Plaintiff's motion for summary judgment to be filed and served.
- November 16, 2007 [19,] – Any opposition to the motion to be filed and served by Defendants. *To K.*
- November 21, 2007 [28] – Any reply by Plaintiff to be filed and served. *T.K.*
- ~~The requirement of Local Rule 56.1 for a Statement of Material Facts and any response thereto is requested to be~~ waived. *T.K.*
- Oral argument on the motion is requested to be waived.

By a copy of this letter to Defendants, I am also asking Defendants to sign and return the enclosed form Consenting to Proceed before U.S. Magistrate Judge in the self-addressed stamped envelope. If Defendants sign and return the form to the undersigned, I will ensure that it is promptly filed with the Court with a copy to Chambers.

**SO ORDERED,** as altered.
The schedule set forth above is so ordered.

11/6/07

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

1732522.1

COPIES MAILED TO COUNSEL OF RECORD ON 11/7/07

Thank you for your consideration of the foregoing.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Mark G. Ledwin

MGL/cd
Enclosure

cc: Gerald M. Lemus
Defendant Pro Se
1716 N. Indian River Road
New Smyrna Beach, FL 32169-2141

John Watson
Defendant Pro Se
14016 Lake Tilden Blvd.
Winter Garden, FL 34787

(All via Fed Ex)