**EXHIBIT B**

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

December 29, 2006
Invoice # 1268266
Page     1

ZURICH NORTH AMERICA
5065 Powers Ferry Road, N.W.
Atlanta, GA  30327

```
            Matter            : Zurich North America
            Claimant          : American Guarantee & Liability Ins. Co.
            WEMED File Number  : 07706.00068
```

FOR ALL PROFESSIONAL SERVICES RENDERED      IRS # 13-2679447


For Professional Services Rendered Through November 21, 2006      4,613.00
For Disbursements Incurred                                           94.45
                                                              ----------------
                              TOTAL CURRENT               4,707.45

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

ZURICH NORTH AMERICA                     December 29, 2006
WEMED File # ;    07706.    00068        Page     2
Invoice No.1268266

### ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 6/02/06 | WHS | 2.80 | 448.00 | Prepare discovery to Lemus and Watson |
| 7/05/06 | SMM | .10 | 19.00 | Telephone conference with Bill Strop re: filing Motion for Clerks Default. |
| 7/05/06 | SMM | .10 | 19.00 | Receipt and review email from T. Dykstra re: Default issue |
| 7/05/06 | TAD | .50 | 80.00 | Prepare and revise motion for clerk's default |
| 7/06/06 | SMM | .10 | 19.00 | Review and sign Motion for Default by Clerk. |
| 7/06/06 | SMM | .10 | 19.00 | Review Clerk's website to ensure no responsive pleadings by defendants (unclear whether response filed). |
| 7/06/06 | SMM | .30 | 57.00 | Hand deliver Motion for Default by Clerk and default by clerk and review court file (response filed 7/06/06 by both defendants). |
| 7/14/06 | WHS | 2.60 | 416.00 | Preparation of supplemental discovery to Lemus and Watson |
| 8/08/06 | WHS | 2.20 | 352.00 | Investigate Low-Ball Louie's and other potential sources of recovery from the Indemnitors |
| 8/08/06 | WHS | .20 | 32.00 | Communications with counsel for the Indemnitors regarding the Motion to Dismiss hearing |
| 8/09/06 | WHS | 1.10 | 176.00 | Supplement discovery request to Plaintiff |
| 8/18/06 | WHS | 3.90 | 624.00 | Analyze production documents regarding individual assets of Lemus and Watson |

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

ZURICH NORTH AMERICA                         December 29, 2006
WEMED File # ;    07706.    00068            Page    3
Invoice No.1268266

### ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 8/31/06 | WHS | 1.30 | 208.00 | Preparation for Motion to dismiss hearing |
| 9/08/06 | WHS | .50 | 80.00 | Prepare for hearing on Indemnitor's Motion to Dismiss |
| 10/16/06 | WHS | 2.70 | 432.00 | Research regarding summary judgment issues that need to be included in our draft Motion |
| 10/17/06 | WHS | 3.40 | 544.00 | Prepare supplemental discovery to the Indemnitors |
| 10/30/06 | WHS | 1.20 | 192.00 | Investigate "Low-Ball Louie's" per conference with Mr. Butler and Mr. Cookson |
| 11/21/06 | WHS | 4.20 | 672.00 | Attend specially set hearing on Defendant's Motion to Dismiss in Orlando |
| 11/21/06 | WHS | .80 | 128.00 | Planning conference with Mr. Cookson regarding the Court's ruling on the Motion to Dismiss and strategy for amending the Complaint |
| 11/21/06 | WHS | .60 | 96.00 | Telephone conference with Mr. Butler regarding outcome of the hearing on the Motion to Dismiss |

TOTAL FEES                                   4,613.00

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

ZURICH NORTH AMERICA                         December 29, 2006
WEMED File # ;      07706.      00068         Page      4
Invoice No.1268266

### ITEMIZED SERVICES BILL

#### DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 7/05/06 | Photo Copying, 9 copies at $0.20 | 1.80 |
| 10/23/06 | Long distance telephone | 1.25 |
| 10/23/06 | Long distance telephone | 2.50 |
| 10/23/06 | Long distance telephone | .50 |
| 10/24/06 | Long distance telephone | .50 |
| 10/24/06 | Long distance telephone | .75 |
| 10/24/06 | Photo Copying, 14 copies at $0.10 | 1.40 |
| 11/20/06 | Long distance telephone | .75 |
| 11/29/06 | Court Reporter fees Appearance fee | 85.00 |

TOTAL DISBURSEMENTS                              94.45

TOTAL INVOICE                                 4,707.45

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639
(212) 490-3000

---

March 30, 2007
Invoice # 1314323
Page       1

ZURICH NORTH AMERICA
5065 Powers Ferry Road, N.W.
Atlanta, GA  30327

```
Matter            : Zurich North America
Claimant          : American Guarantee & Liability Ins. Co.
WEMED File Number  : 07706.00068
```

FOR ALL PROFESSIONAL SERVICES RENDERED      IRS # 13-2679447

```
For Professional Services Rendered Through March 19, 2007       11,219.00
For Disbursements Incurred                                          17.21
                                                            ----------------
                              TOTAL CURRENT                      11,236.21
```

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639
(212) 490-3000

ZURICH NORTH AMERICA                             March 30, 2007
WEMED File # ;      07706.     00068             Page    2
Invoice No.1314323

## ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 1/24/07 | WHS | 1.30 | 279.50 | Draft response letter to James Butler, and conference call with Mr. Cookson re: same and re: the Amended Complaint |
| 1/24/07 | AKH | .50 | 81.50 | Draft and revise Motion for Enlargment. |
| 2/02/07 | WHS | 2.50 | 537.50 | Lengthy conference with Mr. Butler and Mr. Cookson, and supplement Amended Complaint in accordance therewith |
| 2/08/07 | RML | 5.50 | 1,012.00 | Conduct legal research regarding whether a surety can sue for indemnity in the absence of a demand on the bond by the obligee.  Explore circumstances under which courts have determined that the surety is exposed to risk of loss. |
| 2/09/07 | RML | .80 | 147.20 | Continue legal research regarding what constitutes a recognizable risk of loss for purposes of seeking relief on bond akin to bill of quia timet. |
| 2/09/07 | RML | .80 | 147.20 | Draft memorandum regarding results of legal research. |
| 2/13/07 | PL | 3.00 | 552.00 | RESEARCH WHETHER SURETY CAN SEEK INDEMNIFICATION PRIOR TO DEMAND FOR PAYMENT ON BOND |
| 2/15/07 | PL | 6.00 | 1,104.00 | RESEARCH RE: WHETHER SURETY CAN SEEK INDEMNIFICATION EVEN THOUGH THERE HAS BEEN NO DEMAND ON THE BOND |
| 2/16/07 | REL | .20 | 47.20 | Confer re: surety issues with P. Lawless. |

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

ZURICH NORTH AMERICA                        March 30, 2007
WEMED File # ;    07706.    00068            Page    3
Invoice No.1314323

### ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 2/16/07 | PL | 3.00 | 552.00 | RESEARCH PROJECT RE: WHETHER SURETY CAN SEEK INDEMNIFICATION IN NY COURT WHERE THERE HAS BEEN NO DEMAND ON BOND |
| 2/20/07 | REL | 1.20 | 283.20 | Confer with P. Lawless re: research, review surety agreement, telephone call with W. Strop. |
| 2/20/07 | PL | 6.50 | 1,196.00 | Research re: whether a surety can enforce indemnification agreement against indemnitors prior to demand on the bond |
| 2/21/07 | PL | 8.00 | 1,472.00 | Draft research memo re: can a surety seek specific performance of collateral security provision of indemnity agreement prior to demand on bond |
| 2/21/07 | WHS | .30 | 64.50 | Communications with Mr. Cookson and Mr. Butler regarding case strategy and status |
| 2/22/07 | PL | 3.00 | 552.00 | Draft research memo re: can surety seek specific performance of collateral security clause in indemnity agreement prior to a demand on the bond |
| 2/22/07 | PL | 2.50 | 460.00 | Research Florida law re: enforceability of collateral security provisions of indemnification agreement |
| 3/02/07 | WHS | .30 | 64.50 | Communications with counsel for the Defendants regarding their renewed request for an enlargment of time to respond to the Amended Complaint |
| 3/05/07 | WHS | .40 | 86.00 | Case management and status conference with Mr. Cookson in order to address New York law issues |
| 3/06/07 | PL | 1.00 | 184.00 | Research re: waiver of forum selection clause |

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

```
ZURICH NORTH AMERICA                      March 30, 2007
WEMED File # ;    07706.    00068         Page     4
Invoice No.1314323
```

### ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 3/06/07 | DLT | .30 | 70.80 | Telephone call with Bill Strop re: possible NY action on indemnity |
| 3/06/07 | DLT | .40 | 94.40 | Rec'd/review memo re: collateral security; Correspondence with Bill Strop and M. Ledwin re: handling of case |
| 3/08/07 | WHS | .70 | 150.50 | Strategy conference with Mr. Butler and Mr. Cookson |
| 3/08/07 | DLT | .50 | 118.00 | Telephone call with Bill Strop and Bill Cookson re: options and strategy |
| 3/12/07 | PL | .50 | 92.00 | Telephone conference re: case strategy |
| 3/12/07 | PL | 1.00 | 184.00 | Research re: waiver of forum selection clause |
| 3/12/07 | WHS | .60 | 129.00 | Planning conference with Mr. Ledwin, Mr. Lerner and Mr. Cookson |
| 3/15/07 | PL | 2.50 | 460.00 | RESEARCH RE: WAIVER OF FORUM SELECTION CLAUSE |
| 3/15/07 | PL | 5.50 | 1,012.00 | DRAFT MEMO RE: WAIVER OF FORUM SELECTION CLAUSE |
| 3/19/07 | WHS | .40 | 86.00 | Receive and analyze forum selection memorandum, and communications with Mr. Butler and Mr. Cookson regarding same |

```
TOTAL FEES                                      11,219.00
```

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639
(212) 490-3000

---

```
ZURICH NORTH AMERICA                    March 30, 2007
WEMED File # ;    07706.    00068       Page    5
Invoice No.1314323
```

## ITEMIZED SERVICES BILL

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 1/24/07 | Photo Copying, 7 copies at $0.10 | .70 |
| 2/05/07 | Photo Copying, 42 copies at $0.10 | 4.20 |
| 3/08/07 | Long distance telephone | 2.34 |
| 3/08/07 | Long distance telephone | 8.97 |
| 3/08/07 | Long distance telephone | .75 |
| 3/08/07 | Long distance telephone | .25 |

**TOTAL DISBURSEMENTS**                                    17.21


**TOTAL INVOICE**                                    11,236.21

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639
(212) 490-3000

---

May 31, 2007
Invoice # 1316553
Page    1

ZURICH NORTH AMERICA
5065 Powers Ferry Road, N.W.
Atlanta, GA  30327

Matter              : Zurich North America
Claimant            : American Guarantee & Liability Ins. Co.
WEMED File Number   : 07706.00068

FOR ALL PROFESSIONAL SERVICES RENDERED      IRS # 13-2679447

For Professional Services Rendered Through May 16, 2007      2,704.20
For Disbursements Incurred                                   1,470.98
                                                        -----------------
                            TOTAL CURRENT                     4,175.18

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

ZURICH NORTH AMERICA                              May 31, 2007
WEMED File # ;    07706.    00068                 Page    2
Invoice No.1316553

### ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 3/01/07 | WHS | .20 | 43.00 | Multiple e-mail communications with Mr. Butler |
| 3/12/07 | REL | .50 | 118.00 | Conference call re: further actions to be taken. |
| 3/16/07 | REL | .30 | 70.80 | Confer with P. Lawless re: research. |
| 3/19/07 | REL | 1.20 | 283.20 | Review/revise memo of law; research re: relevant statutory provisions re: forum selection/choice of law. |
| 3/19/07 | MGL | .30 | 70.80 | Receipt and review of research memo re: forum selection clause. |
| 3/20/07 | MGL | 3.20 | 755.20 | Review of bankruptcy schedules, financial reports claims register and various pleadings. |
| 3/20/07 | MGL | 1.80 | 424.80 | Preparation of memo re: I.W.'s financial condition and claim priority issues. |
| 3/28/07 | MGL | .20 | 47.20 | Receipt and review of Lemus and Watson answer and various correspondence re: same. |
| 4/02/07 | BAK | .50 | 81.50 | Research re: motion to strike standard for estoppel and failure to mitigate |
| 4/17/07 | MGL | .20 | 47.20 | Receipt and review of correspondence re: smokeless tobacco tax refund issues. |
| 4/24/07 | WHS | 1.20 | 258.00 | Telephone conference with Mr. Cookson, Mr. Butler and Mr. Ledwin regarding case strategy and status |
| 4/24/07 | MGL | .30 | 70.80 | Telephone call with B. Strop re: NY venue issues. |

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

ZURICH NORTH AMERICA                          May 31, 2007
WEMED File # ;    07706.    00068             Page    3
Invoice No.1316553

## ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 4/24/07 | MGL | 1.20 | 283.20 | Conference telephone call with B. Cookson, J. Butler and B. Strop re: NY venue issues and bankruptcy issues. |
| 5/16/07 | WHS | .70 | 150.50 | Negotiations with counsel for the Defendant regarding voluntary dismissal without prejudice, and preparation of same |

TOTAL FEES                                                 2,704.20

### DISBURSEMENTS

| | | |
|---|---|---|
| 1/23/06 | Airfare 09;EXP.REPORT W.STROP | 213.10 |
| 1/23/06 | Transportation Costs 09;EXP.REPORT W.STROP | 23.75 |
| 10/17/06 | Long distance telephone | .75 |
| 3/05/07 | Westlaw - Online Research | 46.43 |
| 3/05/07 | Westlaw - Online Research | 46.43 |
| 3/06/07 | Westlaw - Online Research | 277.49 |
| 3/06/07 | Westlaw - Online Research | 277.49 |
| 3/12/07 | Westlaw - Online Research | 43.76 |
| 3/12/07 | Westlaw - Online Research | 43.76 |
| 3/13/07 | Westlaw - Online Research | 100.26 |
| 3/13/07 | Westlaw - Online Research | 100.26 |
| 4/02/07 | Photo Copying, 12 copies at $0.10 | 1.20 |
| 4/02/07 | Westlaw - Online Research | 111.96 |
| 4/05/07 | ABA Library Fees or Library Usage Pacer 1st Qtr. | 4.64 |
| 4/10/07 | Long distance telephone | 22.62 |
| 4/23/07 | Westlaw - Online Research | 157.08 |

TOTAL DISBURSEMENTS                                        1,470.98

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639
(212) 490-3000

ZURICH NORTH AMERICA                    May 31, 2007
WEMED File # ;     07706.    00068      Page     4
Invoice No.1316553

ITEMIZED SERVICES BILL

TOTAL INVOICE                                    4,175.18

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

June 29, 2007
Invoice # 1320036
Page    1

ZURICH NORTH AMERICA
5065 Powers Ferry Road, N.W.
Atlanta, GA  30327

```
            Matter          : Zurich North America
            Claimant        : American Guarantee & Liability Ins. Co.
            WEMED File Number : 07706.00068
```

FOR ALL PROFESSIONAL SERVICES RENDERED     IRS # 13-2679447

```
For Professional Services Rendered Through May 31, 2007        1,494.10
For Disbursements Incurred                                       351.24
                                                       -----------------
                                     TOTAL CURRENT              1,845.34
```

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

ZURICH NORTH AMERICA                          June 29, 2007
WEMED File # ;      07706.     00068          Page      2
Invoice No.1320036

### ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 5/04/07 | WHS | 1.90 | 408.50 | Research regarding comparison of Florida law to New York law in light of absence of payment on the bond |
| 5/16/07 | MGL | .20 | 47.20 | Receipt and review of order re: proposed bankruptcy sale; correspondence re: same. |
| 6/05/07 | MGL | 1.50 | 354.00 | Review bankruptcy docket; analysis of sale motion and agreement, and most recent monthly financial reports. |
| 6/06/07 | MGL | .70 | 165.20 | Conference telephone call with J. Butler, B. Cookson and B. Strop re: bankruptcy sale and other issues. |
| 6/11/07 | MGL | 2.00 | 472.00 | Preparation of complaint to be filed against Lemus and Watson in the Southern District of New York; review file documents. |
| 6/12/07 | MGL | .20 | 47.20 | Telephone call with debtor's counsel re: status of sale. |

TOTAL FEES                                          1,494.10

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

ZURICH NORTH AMERICA
WEMED File # ;      07706.     00068
Invoice No.1320036

June 29, 2007
Page      3

### ITEMIZED SERVICES BILL

DISBURSEMENTS

| | | |
|---|---|---|
| 6/05/07 | Photo Copying | .10 |
| 6/06/07 | Long distance telephone, Phone#: 3016526400, City: BETHESDA, MD | 1.14 |
| 6/20/07 | Filing fees Summons & Complaint. | 350.00 |
| | TOTAL DISBURSEMENTS | 351.24 |

| | | |
|---|---|---|
| | TOTAL INVOICE | 1,845.34 |

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

September 10, 2007
Invoice # 1359722
Page     1

ZURICH NORTH AMERICA
5065 Powers Ferry Road, N.W.
Atlanta, GA  30327

```
Matter            : Zurich North America
Claimant          : American Guarantee & Liability Ins. Co.
WEMED File Number : 07706.00068
```

**FOR ALL PROFESSIONAL SERVICES RENDERED**     IRS # 13-2679447

For Professional Services Rendered Through August 9, 2007          2,887.00
For Disbursements Incurred                                          -506.73
                                                           ----------------
                                   **TOTAL CURRENT**              2,380.27

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

═══════════════════════════════════════════════════════════════

```
ZURICH NORTH AMERICA                    September 10, 2007
WEMED File # ;    07706.    00068       Page    2
Invoice No.1359722
```

ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 6/19/07 | MGL | .40 | 94.40 | Preparation of Summons and Civil Cover Sheet. |
| 6/19/07 | MGL | .50 | 118.00 | Review complaint; prepare for filing. |
| 6/19/07 | MGL | .20 | 47.20 | Correspondence with Clerk, SDNY re: filing of Summons and Complaint, etc. |
| 6/22/07 | MGL | .10 | 23.60 | Correspondence with J. Butler re: status of NY complaint. |
| 6/26/07 | MGL | .70 | 165.20 | Conference telephone call with B. Cookson, J. Butler and B. Strop re: status of bankruptcy and complaint. |
| 6/27/07 | MGL | .20 | 47.20 | Receipt and review of notice of filing of summons and complaint from SDNY. |
| 6/29/07 | MGL | .50 | 118.00 | Receipt and review of filed copies of summons, complaint, etc; prepare same for service. |
| 6/29/07 | MGL | .20 | 47.20 | Correspondence with Clerk, SDNY re: e-filing of summons and complaint. |
| 6/29/07 | MGL | .20 | 47.20 | Correspondence with Client re: service of summons and complaint on Lemus & Watson. |
| 7/02/07 | MGL | .30 | 70.80 | Various correspondence client re: service issues for Lemus and Watson. |
| 7/05/07 | MGL | .20 | 47.20 | Various correspondence with client re: status of service of Lemus & Watson. |
| 7/06/07 | MGL | .80 | 188.80 | Conference telephone call with B. Cookson and J. |

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639
(212) 490-3000

---

ZURICH NORTH AMERICA                         September 10, 2007
WEMED File # ;    07706.    00068            Page    3
Invoice No.1359722

### ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| | | | | Butler re: bankruptcy status and refund issues. |
| 7/06/07 | MGL | .20 | 47.20 | Receipt and review of correspondence from J. Butler re: further actions to be taken. |
| 7/09/07 | WHS | .90 | 193.50 | Multiple communications with the State of Florida regarding the transfer of the IWI file away from the General Counsel due to the eliimination of the Bankruptcy Attorneys' position |
| 7/10/07 | WHS | .80 | 172.00 | Conferences with Mr. Michels, Chief Counsel for the Department of Alcoholic Beverages and Tobacco regarding our request that no refund be issued to IWI unless the cigarette stamp tax debt is fully extinguished |
| 7/10/07 | MGL | .20 | 47.20 | Correspondence with B. Cookson and J. Butler re: service of NY complaint on Lemus and Watson. |
| 7/10/07 | MGL | .20 | 47.20 | Correspondence with Florida counsel for Lemus and Watson re: courtesy copies of SDNY pleadings. |
| 7/10/07 | MGL | .20 | 47.20 | Receipt and review of correspondence re: refund claim issues. |
| 7/10/07 | MGL | .20 | 47.20 | Receipt and review of various correspondence re: underwriting for proposed buyer of IWI. |
| 7/11/07 | WHS | .60 | 129.00 | Communications with the State of Florida regarding IWI's tax refund application and the off-set issue with regard to the cigarette stamp tax debt |
| 7/18/07 | MGL | .30 | 70.80 | Correspondence with J. Butler and B. Cookson re: status of NY indemnity action. |

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

ZURICH NORTH AMERICA                          September 10, 2007
WEMED File # ;      07706.      00068          Page     4
Invoice No.1359722

### ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 7/19/07 | MGL | .20 | 47.20 | Telephone call with D. Landis, Florida counsel for Lemus & Watson re: receipt of NY complaint and other issues. |
| 7/19/07 | MGL | .40 | 94.40 | Receipt and review of tax refund application from Florida counsel. |
| 7/19/07 | MGL | .30 | 70.80 | Correspondence with B. Cookson, J. Butler and B. Strop re: discussions with Lemus and Watson's Florida counsel and status of indemnity action. |
| 7/20/07 | MGL | .30 | 70.80 | Correspondence with B. Cookson and J. Butler re: Lemus and Watson issues. |
| 7/30/07 | WHS | .20 | 43.00 | Receive and read pro se answers from Lemus and Watson |
| 7/30/07 | MGL | .40 | 94.40 | Receipt and review of pro se answers of Lemus and Watson to NY action; correspondence re: same with B. Cookson and J. Butler. |
| 7/31/07 | MGL | .20 | 47.20 | Correspondence with B. Cookson and J. Butler regarding status of NY action against Lemus and Watson. |
| 8/01/07 | WHS | .50 | 107.50 | Telephone status and strategy conference with Mr. Cookson, Mr. Butler and Mr. Ledwin |
| 8/01/07 | MGL | .50 | 118.00 | Conference telephone call with B. Cookson, J. Butler and B. Strop regarding status of NY action; Further actions to be taken. |
| 8/02/07 | MGL | .20 | 47.20 | Correspondence with Clerk's office regarding filing of Affidavit of Service. |

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

ZURICH NORTH AMERICA                        September 10, 2007
WEMED File # ;     07706.     00068          Page     5
Invoice No.1359722


ITEMIZED SERVICES BILL


| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 8/02/07 | MGL | .50 | 118.00 | Review IWI bankruptcy docket regarding status. |
| 8/07/07 | MGL | .50 | 118.00 | Draft of correspondence to Court requesting a pre-motion conference. |
| 8/08/07 | MGL | .20 | 47.20 | Receipt and review of order of reference to Magistrate Judge. |
| 8/09/07 | MGL | .20 | 47.20 | Correspondence with B. Cookson and J. Butler regarding order of reference to magistrate judge. |


TOTAL FEES                                        2,887.00


DISBURSEMENTS

| | | |
|---|---|---|
| 6/20/07 | Photo Copying | .60 |
| 6/20/07 | Photo Copying | 11.20 |
| 6/29/07 | Photo Copying 107 | 10.70 |
| 7/10/07 | Photo Copying, 57 copies at $.10 | 5.70 |
| 7/10/07 | Subpoena service 2007003403 | 43.00 |
| 7/10/07 | Subpoena service 2007003404 | 78.00 |
| 7/17/07 | Photo Copying 2 | .20 |
| 8/02/07 | Photo Copying, 3 copies at $.10 | .30 |
| 8/02/07 | Photo Copying, 2 copies at $.10 | .20 |
| 8/02/07 | Photo Copying, 7 copies at $.10 | .70 |
| 8/03/07 | Photo Copying, 1 copies at $.10 | .10 |
| 8/07/07 | Photo Copying, 6 copies at $.10 | .60 |
| 8/10/07 | Photo Copying, 3 copies at $.10 | .30 |
| 8/31/07 | Long distance telephone, Phone#: 3016526400, City: BETHESDA, MD | .06 |


PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

ZURICH NORTH AMERICA                      September 10, 2007
WEMED File # ;      07706.     00068      Page      6
Invoice No.1359722

### ITEMIZED SERVICES BILL

TOTAL DISBURSEMENTS                                    151.66


TOTAL INVOICE                                       2,380.27

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639
(212) 490-3000

---

                                        October 15, 2007
                                        Invoice # 1382404
ZURICH NORTH AMERICA                    Page     1
5065 Powers Ferry Road, N.W.
Atlanta, GA  30327

                Matter           : Zurich North America
                Claimant         : American Guarantee & Liability Ins. Co.
                WEMED File Number : 07706.00068


FOR ALL PROFESSIONAL SERVICES RENDERED      IRS # 13-2679447


For Professional Services Rendered Through September 27, 2007        94.40
For Disbursements Incurred                                            .00
                                                             -----------------
                                        TOTAL CURRENT               94.40

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 EAST 42ND STREET

NEW YORK, N.Y. 10017-5639

(212) 490-3000

---

ZURICH NORTH AMERICA
WEMED File # ;      07706.      00068
Invoice No.1382404

October 15, 2007
Page      2

### ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|------|------|-------|--------|-------------|
| 8/31/07 | MGL | .20 | 47.20 | Review status of bankruptcy case. |
| 8/31/07 | MGL | .20 | 47.20 | Conference telephone call with B. Cookson and J. Butler regarding status of indemnity action. |

TOTAL FEES                                           94.40

DISBURSEMENTS

TOTAL DISBURSEMENTS                                    .00

TOTAL INVOICE                                        94.40

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE