Mark G. Ledwin, Esq. (ML-6873)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
Attorneys for Plaintiff
3 Gannett Drive
White Plains, New York 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Email: mark.ledwin@wilsonelser.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMERICAN GUARANTEE AND                )
LIABILITY INSURANCE COMPANY           )
                                      )   Case No. 07-CIV-6038 (DAB)(THK)
                Plaintiff,            )
                                      )
vs.                                   )
                                      )
GERALD M. LEMUS, Individually, and    )
JOHN R. WATSON, Individually,         )
                                      )
                Defendants.           )
-----------------------------------------------------------------X

### CERTIFICATE OF SERVICE

MARK G. LEDWIN, an attorney duly admitted to practice law before this Court, hereby certifies that on the 9th day of November 2007, I caused true and correct copies of each of the following pleadings to be served on the Defendants listed below by Federal Express Overnight Delivery Service:

1. Notice to Pro Se Litigant Who Opposes Motion for Summary Judgment;

2. Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment;

3. Plaintiff's Local Rule 56.1 Statement of Material facts;

4. Affidavit of W. William Cookson with attached Exhibits; and

5. Declaration of Mark G. Ledwin with attached Exhibits.

1738046.1

-2-

Dated: White Plains, New York  
November 9, 2007

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,  
EDELMAN & DICKER LLP**

By: /s/ *Mark G. Ledwin*  
Mark G. Ledwin, Esq. (ML-6873)  
3 Gannett Drive  
White Plains, New York 10604  
(914) 323-7000

Attorneys for Plaintiff American Guarantee  
Liability and Insurance Company

TO: Gerald M. Lemus  
Defendant Pro Se  
1716 N. Indian River Road  
New Smyrna Beach, FL 32169-2141

John Watson  
Defendant Pro Se  
14016 Lake Tilden Blvd.  
Winter Garden, FL 34787