```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY,

                Plaintiff,                07 CIVIL 6038 (DAB)

    -against-                        **JUDGMENT**

GERALD M. LEMUS, Individually, and JOHN R.
WATSON, Individually,

                Defendants.
------------------------------------------------------------X

*A08,0473*

      Plaintiffs having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on March 18, 2008, having rendered its Order granting plaintiffs' motion for summary judgment and directing the Clerk of the Court to enter judgment against defendants, jointly and severally, in the total amount of $625,488.43, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 18, 2008, plaintiff's motion for summary judgment is granted and judgment is entered against defendants, jointly and severally, in the total amount of $625,488.43; accordingly, the case is closed.

**Dated:** New York, New York
          March 25, 2008

                                                    J. MICHAEL McMAHON
                                                       Clerk of Court

                            BY:                                        Deputy Clerk

                                          **THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON _____**